IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN UTAUS-SR DOE, | § | |
| Plaintiff, | § | |
| v. | § | 1:20-CV-468-RP |
| THE UNIVERSITY OF TEXAS AT AUSTIN and JOHN DALTON, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On January 26, 2021, the Court granted Defendants' motion to dismiss, (Order, Dkt. 25), which dismissed all of Plaintiff's claims against Defendants. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 26, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE